NUMBER 13-02-520-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


____________________________________________________________________


H & R BLOCK, INC., ET AL., Appellants,


v.



RONNIE AND NANCY HAESE, Appellees.

____________________________________________________________________


On appeal from the 105th District Court


of Kleberg County, Texas.


____________________________________________________________________


MEMORANDUM OPINION


 

Before Chief Justices Valdez and Justices Hinojosa and Yañez


Opinion Per Curiam


 Appellants, H & R BLOCK, INC., ET AL., perfected an appeal from a class
certification order entered by the 105th District Court of Kleberg County, Texas, in
cause number 99-314-D. On January 9, 2003, this Court entered an order abating the
appeal for purposes of settlement. The parties have now filed a joint motion to lift
abatement and to dismiss interlocutory appeal. In the motion, the parties state that
on August 20, 2003, the trial court signed an order vacating the class certification
order and decertifying the class. The trial court also non-suited the plaintiffs' claims. 
In light of the trial court's August 20, 2003 order, the parties state that there is no
longer any basis for this interlocutory appeal. The parties request that the abatement
of this appeal be lifted and that the appeal be dismissed as moot.

 The Court, having considered the documents on file and the joint motion to lift
abatement and to dismiss interlocutory appeal, is of the opinion that the motion should
be granted. The joint motion is hereby GRANTED. The abatement of the appeal is
lifted and the appeal is ordered reinstated. The interlocutory appeal is hereby
DISMISSED AS MOOT.

 PER CURIAM


Opinion delivered and filed this

the 11th day of September, 2003.